**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795  www.gottlieblaw.net

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/03/3035

February 2, 2025

<u>VIA ECF</u>
The Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> **A Discovery Conference will be held on Monday, February 10, 2025 at 3:30 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York to address the parties' outstanding discovery disputes.
>
> **SO ORDERED:**
> /s/ Katharine H. Parker
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
> 02/03/2025

Re:   *Delacruz v. New You Bariatric Group*
       Case No.: 1:23-cv-06405-PAE-KHP

Dear Judge Parker,

The undersigned represents Emanuel Delacruz, ("Plaintiff") in the above referenced matter against Defendant, New You Bariatric Group. In accordance with Your Honor's Individual Practices in Civil Cases, Rule II(c), I am requesting a Conference to discuss a Discovery Dispute. The Defendant was served with discovery requests on Feb. 25, 2024. To date, we have not received any responses to Interrogatories and Requests for Production from Defendant nor any objections thereto. Counsel for Defendant denies receiving these discovery requests despite evidence to the contrary.

I have made a good faith attempt to resolve this dispute with counsel for the Defendant however, Ms. DeVoe, counsel for the Defendant, will not return my emails, make herself available for a telephone call or otherwise cooperate in this matter.

Therefore, I have no choice but to seek Your Honor's intervention in this matter. I respectfully request the Court schedule a conference.

I thank the Court for its time and attention.

Respectfully submitted,

*/s/Jeffrey M. Gottlieb, Esq.*
Jeffrey M. Gottlieb, Esq.

cc: All counsel of record via ECF