# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795   www.gottlieblaw.net

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/04/2025

February 3, 2025

**VIA ECF**
The Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> **APPLICATION GRANTED:** The Discovery Conference in this matter scheduled for **Monday, February 10, 2025 at 3:30 p.m.** is hereby converted to a telephonic proceeding At the scheduled time, the parties shall dial +646-453-4442, conference ID 520 931 789#.
>
> APPLICATION GRANTED
>
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 02/04/2025

Re:   *Delacruz v. New You Bariatric Group*
      Case No.: 1:23-cv-06405-PAE-KHP

Dear Judge Parker,

The undersigned represents Emanuel Delacruz, ("Plaintiff") in the above referenced matter. Pursuant to Your Honor's Order dated February 3, 2025, (DKT 26) there is a Discovery Conference scheduled for February 10, 2025 at 3:30 P.M. I respectfully request that I be allowed to participate telephonically due to my disability which would make my physical appearance extremely difficult.

I thank the Court for its time and attention in this matter.

Respectfully submitted,

*/s/Jeffrey M. Gottlieb, Esq.*
Jeffrey M. Gottlieb, Esq.

cc: All counsel of record via ECF