```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EMANUEL DELACRUZ, *ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED*,

                                    Plaintiff,         23-CV-6405 (PAE) (KHP)

                -against-                              POST-CONFERENCE ORDER

NEW YOU BARIATRIC GROUP, LLC

                                    Defendants.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, United States Magistrate Judge:**

On February 10, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth more fully on the record:

The Court finds that there is no good cause to extend the discovery schedule in this case. As such, Defendant shall file its Motion for Summary Judgment **by March 10, 2025**. Plaintiff shall file his opposition **by April 10, 2025**. Defendant shall file its reply **by April 24, 2025**.

**SO ORDERED.**

DATED:   New York, New York
         February 10, 2025

_Katharine H. Parker_
KATHARINE H. PARKER
United States Magistrate Judge