UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EMANUEL DELACRUZ, *ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED*,

                                           Plaintiff,

-against-

NEW YOU BARIATRIC GROUP, LLC

                                           Defendants.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2025

23-CV-6405 (PAE) (KHP)

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

This matter has been referred to the undersigned for general pretrial and dispositive motions. A case management conference to discuss the parties' pending and requested motions will be held on **Tuesday, March 25, 2025 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

      SO ORDERED.

DATED:    New York, New York
               March 20, 2025

                                                     */s/ Katharine H. Parker*
                                                       KATHARINE H. PARKER
                                                       United States Magistrate Judge