**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EMANUEL DE LA CRUZ, on behalf of himself and
all other persons similarly situated,

                        Plaintiff,

          -against-                                   23 **CIVIL** 6405 (PAE)

                                               **JUDGMENT**

NEW YOU BARIATRIC GROUP, LLC and
LONG ISLAND MINIMALLY INVASIVE
SURGERY, P.C.,

                        Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated December 18, 2025, the Court dismisses, without

prejudice, De La Cruz's First Amended Complaint, for lack of subject matter jurisdiction, and

denies defendants' motion for sanctions; accordingly, the case is closed.

**Dated:**  New York, New York

       December 19, 2025

                                 **TAMMI M. HELLWIG**
                                _____
                                  **Clerk of Court**

           **BY:**     _____
                                   **Deputy Clerk**